Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re: Bellandi

No. 13-1638

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Alicia Bellandi
                                     Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [ ] Cross Appellant
[✓] Appellant     [ ] Appellee      [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

Name: Edward P Ryan
Law firm: Tutunjian & Bitetto, P.C.
Address: 425 Broadhollow Rd., Suite 302
City, State and ZIP: Melville, NY 11377
Telephone: (631) 844-0080
Fax #: (631) 844-0081
E-mail address: edr@tb-iplaw.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes    [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

9/20/13
Date

_____
Signature of pro se or counsel

cc: _____

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on 9/20/2013 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Edward P. Ryan | /s/ Edward P. Ryan |
| Name of Counsel | Signature of Counsel |

Law Firm: Tutunjian & Bitetto, P.C.

Address: 425 Broadhollow Rd., Suite 302

City, State, ZIP: Melville, NY 11747

Telephone Number: (631) 844-0080

FAX Number: (631) 844-0081

E-mail Address: edr@tb-iplaw.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.